UNITED STATES of America,
Plaintiff—Appellee,

v.

Billy T. JOHNSON, Defendant—
Appellant.

United States of America,
Plaintiff—Appellee,

v.

Billy T. Johnson, Defendant—
Appellant.

Nos. 08–6446, 08–7043.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 19, 2008.

Billy T. Johnson, Appellant Pro Se. John J. Frail, Erik S. Goes, Assistant United States Attorneys, Charleston, West Virginia; Lisa Grimes Johnston, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Billy T. Johnson appeals the district court's orders denying his motion under 18 U.S.C. § 3582(c)(2) (2000) for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 5:02–cr–00140–2 (S.D.W. Va. Mar. 10, 2008; June 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*